ACCEPTED
12-15-00043-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/17/2015 12:20:05 PM
CATHY LUSK
CLERK

NO. 12-15-00043-CR

IN THE COURT OF APPEALS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/17/2015 12:20:05 PM
CATHY S. LUSK
Clerk

FOR THE TWELTH SUPREME JUDICIAL DISTRICT

AT TYLER, TEXAS

CAUSE NUMBER 2014-0129

IN THE 159TH DISTRICT COURT

IN ANGELINA COUNTY, TEXAS

MIKO PARKS,                                         APPELLANT

vs.

THE STATE OF TEXAS                                  APPELLEE

FIRST SUPPLEMENT TO APPELLANT'S BRIEF

T. RYAN DEATON
TBC # 24007095

103 E. Denman
Lufkin, Texas 75901
(936) 637-7778
Attorneys for Appellant

NO. 12-15-00043-CR

IN THE COURT OF APPEALS

FOR THE TWELTH SUPREME JUDICIAL DISTRICT

AT TYLER, TEXAS

CAUSE NUMBER 2014-0129

IN THE 159TH DISTRICT COURT

IN ANGELINA COUNTY, TEXAS

MIKO PARKS,                                          APPELLANT

vs.

THE STATE OF TEXAS                          APPELLEE

FIRST SUPPLEMENT TO APPELLANT'S BRIEF

Certificate of Compliance with Tex. R. App. P. 9.4(i)

Appellant's Brief filed in this matter on July 15, 2015, was prepared in

Times New Roman 14 pt. typeface using Microsoft Word 2007, and, in reliance on

the word count of the computer program used to prepare the document.  I certify

that Appellant's Brief contained 2,691 words excluding those matters excluded by

Texas Rule of Appellate Procedure 9.4(i)(1).

*T. Ryan Deaton*

_____
T. Ryan Deaton

Respectfully submitted,

DEATON LAW FIRM
103 East Denman
Lufkin, TX 75901
Tel: (936) 637-7778
Fax: (936) 637-7784

*T. Ryan Deaton*

By: _____
T. Ryan Deaton
State Bar No. 24007095
Attorney for Miko Parks

CERTIFICATE OF SERVICE

This is to certify that on July 17, 2015, a true and correct copy of the above

and foregoing document was served on the District Attorney's Office, Angelina

County, Texas, by facsimile transmission.

*T. Ryan Deaton*

_____
T. Ryan Deaton